. CITY OF ELBERTON *v.* AULD.

CITY OF ELBERTON *v.* CASON.

.      CITY OF ELBERTON *v.* WILCOX.

BECK, P. J.  These were suits for injunction by the owners of property
    to enjoin a municipality from constructing a sewer line and from
    emptying sewage into a non-navigable stream which flowed through
    the land of petitioners.  The evidence for the plaintiffs tended to show
    that the discharge of sewage into the stream would pollute the stream,
    destroy the value of plaintiffs' lands for pasturage and other purposes;
    and that the nuisance would be continuing and permanent, and the
    damages irreparable.  On the question of laches the court did not
    abuse his discretion in granting the interlocutory injunction.  *Mayor
    &c. of Waycross* v. *Houk,* 113 *Ga.* 963 (39 S. E. 577).

*Judgment affirmed.  All the Justices concur.*

Nos. 1914, 1915, 1923.  NOVEMBER 11, 1920.

Injunctions.     Before Judge Hodges.     Elbert superior court.
February 5, 1920.

*Z. B. Rogers,* for plaintiff in error.     *Grogan & Payne,* contra.